```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18502
   JUANA L ABU RAYAN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-5122


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 07/18/2008 and was not confirmed.

     The case was dismissed without confirmation 10/02/2008.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
---------------------------------------------------------------------------
ROUNDUP FUNDING LLC     UNSECURED         656.40         .00            .00
WMC MORTGAGE            MORTGAGE NOTI  NOT FILED         .00            .00
PRO SE DEBTOR           DEBTOR ATTY         .00                         .00
TOM VAUGHN              TRUSTEE                                         .00
DEBTOR REFUND           REFUND                                          .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                        .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 01/27/09              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```